U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN - 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

27529-19

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MIDLAND MORTGAGE | * | CIVIL ACTION NO. 07-1442 |
| versus | * | JUDGE PATRICIA MINALDI |
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | * | MAG. ALONZO P. WILSON |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss,

**IT IS ORDERED, ADJUDGED and DECREED** that American National Property and Casualty Company is hereby dismissed from this matter, with prejudice.

LAKE CHARLES, LOUISIANA, this __3__ day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

W:\25000-29999\27529\019\Pld\Motion to Dismiss 12112007.wpd\